THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MUCCIOLO, Appellant, against WILLIAM E. SNYDER, as Warden of Sing Sing Prison, Respondent.

Argued March 5, 1946; decided April 18, 1946.

*Lester Samuels* and *Maxwell V. Lovins* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Saul A. Shames* and *Howard F. Danihy* of counsel); *Miles F. McDonald, District Attorney (William I. Siegel* of counsel), for respondent.

Order affirmed. A commitment to the institution at Napanoch under section 438 of the Correction Law constitutes a prior

conviction within the meaning of section 1941 of the Penal Law. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.